# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RICKY LYNN BELL | ) | Case No. 314-05966 |
| JERONDA CHELYNN BELL | ) | Chapter 13 |
| | ) | Judge MASHBURN |
|     Debtor. | ) | |
| | ) | |
| RICKY LYNN BELL | ) | |
| JERONDA CHELYNN BELL | ) | |
| | ) | |
|     Plaintiff, | ) | Adv. Proc. No. 16-ap-90043 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, , | ) | |
| | | |
|     Defendant. | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enters his appearance on behalf of Nationstar Mortgage, LLC, a creditor and party-in-interest in the above- captioned case, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, and all other notices in this case, whether sent by the Court, the Debtor, or any other party-in-interest in this case, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), that the following be added to the Court's master mailing list:

Phillip P. Welty
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Phone -- (615) 244-4994
Fax -- (615) 256-6339
pwelty@gsrm.com; lcatabay@gsrm.com

/s/ Phillip P. Welty
Phillip P. Welty
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
pwelty@gsrm.com; lcatabay@gsrm.com

*Attorneys for Nationstar Mortgage, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2016, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Phillip P. Welty
Phillip P. Welty

581324.6/20141275